*Penn, J.*

**MOTION UNDER 28 U.S.C. § 2244 FOR ORDER AUTHORIZING DISTRICT COURT TO CONSIDER SECOND OR SUCCESSIVE APPLICATION FOR RELIEF UNDER 28 U.S.C. §§ 2254 OR 2255**

| Name of Movant | Prisoner Number | Case Number (leave blank) |
|---|---|---|
| Marcus B. Lawrence | 16144-016 | 2255 |

**Place of Confinement** Petersburg MED FCI
Petersburg VA 23804 P.O. Box 90043

CR 91-29-JGP

IN RE: MARCUS B. LAWRENCE                    , MOVANT

1. Name and location of court which entered the judgm    CASE NUMBER 1:06CV00066

state district court for the l    JUDGE: John Garrett Penn

2. Parties' Names: Marcus B. Lawrence    DECK TYPE: Habeas Corpus/2255

3. Docket Number: 91-CR-0029    DATE STAMP: 01/13/2006

5. Date of judgment of conviction: Aug 23·1991    6. Length of sentence: 300 months

7. Nature of offense(s) involved (all counts): one count of unlawful distribution of

cocaine base also known as crack.

8. What was your plea? (Check one)    ☐ Not Guilty    ☒ Guilty    ☐ Nolo Contendere

9. If you pleaded not guilty, what kind of trial did you have? (Check one)    ☐ Jury    ☐ Judge only

10. Did you testify at your trial? (Check one)    ☐ Yes    ☒ No

11. Did you appeal from the judgment of conviction? (Check one)    ☐ Yes    ☒ No

12. If you did appeal, what was the

Name of court appealed to: _____

Parties' names on appeal: _____ vs. _____

Docket number of appeal: _____ Date of decision: _____

Result of appeal: _____

13. Other than a direct appeal from the judgment of conviction and sentence, have you filed any other petitions, applications for relief, or other motions regarding this judgment in any federal court?    ☒ Yes    ☐ No

**RECEIVED**

JAN 1 2 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT